# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORNELL MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | No. CV 06-52-ODW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Plaintiff's Motion for Summary Judgment is denied.
3. Defendant's Cross-Motion for Summary Judgment and request that the ALJ's decision be affirmed are granted.
4. Judgment shall be entered consistent with this order.

/
/

1 | 5. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 8, 2010

*[signature]*

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE