# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORNELL MITCHELL,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>  Defendant. | No. CV 06-52-ODW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed.

DATED: April 8, 2010

                                                                          /s/ Otis D. Wright

                                                                        HONORABLE OTIS D. WRIGHT, II
                                                                        UNITED STATES DISTRICT JUDGE